UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTNEY M. KENNEY,

            Plaintiff,

       -v.-

MSG ENTERTAINMENT GROUP CORP., MSGN HOLDINGS LLP, MADISON SQUARE GARDEN SPORTS CORP., and MSG ARENA LLC,

            Defendants.

23 Civ. 7683 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Due to an unanticipated conflict with the Court's schedule, the next pretrial conference, currently scheduled for August 7, 2024, at 11:00 a.m., is hereby ADJOURNED to **August 27, 2024**, at **12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:   June 12, 2024
           New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge